# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Luis Bautista-Chavez<br>*Defendant(s)* | )<br>)<br>)  Case No.  4:26MJ0004<br>)<br>)<br>)<br>) |

FILED: **1/6/26**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 10, 2024  in the county of  Denton  in the
Eastern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal reentry after removal from the United States. |

This criminal complaint is based on these facts:
See DO Ian Lynn, DHS/ICE/ERO's affidavit attached hereto.

☑ Continued on the attached sheet.

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 41(d)(3).

*Complainant's signature*

Deportation Officer Ian Lynn, DHS/ICE/ERO
*Printed name and title*

Date:

City and state:  Plano, Texas

01/06/2026
16:09:39
*Judge's signature*

Hon. Bill Davis, U.S. Magistrate Judge
*Printed name and title*